EMILIE NASON, Appellant, *v.* BENJAMIN L. LUDINGTON, Respondent.

(Argued October 12, 1880; decided November 9, 1880.)

*A. R. Dyett* for appellant.

*George W. Lord* for respondent.

Agree to affirm order and for judgment absolute against plaintiff on stipulation on opinion of DALY, Ch. J., below.
All concur.
Order affirmed and judgment accordingly.

---

CHARLES R. DEAN, Appellant, *v.* DAVID R. DEWOLF et al., Respondents.

(Argued October 12, 1880; decided November 9, 1880.)

REPORTED below (16 Hun, 186).

*Rufus L. Scott* for appellant.

*William G. Cooke* and *Robert F. Little* for respondents.

Agree to affirm order and for judgment absolute against plaintiff on stipulation, without opinion.
All concur.
Order affirmed and judgment accordingly.